**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**PHOEBE GRESSER**
5010 Sheridan Street
Riverdale, MD 20737**,**

    **Plaintiff,**

      **v.**

**WASHINGTON METROPOLITAN**
**AREA TRANSIT AUTHORITY**
**(WMATA)**
300 7th Street SW
Washington, DC 20024

**and**

**JOHN DOE WMATA BUS OPERATOR,**
c/o WMATA
300 7th Street SW
Washington, DC 20024**,**

**and**

**THE DISTRICT OF COLUMBIA**
**Serve:**
Office of the Attorney General for the
District of Columbia
Brian L. Schwalb, Esq.
441 4th Street, NW
Suite 1100 South
Washington, DC 20001

and

Hon. Muriel Bowser, Mayor
John A. Wilson Building
1350 Pennsylvania Ave. NW
Washington, DC 20004

    **Defendants.**

**Civil Action No. 1:26-cv-1005**

**DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S
LOCAL RULE 26.1 DISCLOSURE**

**COMES NOW**, Defendant Washington Metropolitan Area Transit Authority (hereafter "WMATA"), by and through undersigned counsel and pursuant to Rule 26.1, L.Cv.R., hereby certifies that neither WMATA, nor any parent, subsidiary or affiliate of WMATA, has any outstanding securities in the hands of the public.

The above representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/ *Curt Martin*
Curt Martin, Esq. (#1633027)
Washington Metropolitan Area Transit Authority
Legal Department
300 7th Street SW
Washington, D.C. 20024
(202) 962-2886 (phone)
(202) 962-2550 (fax)
cbmartin@wmata.com
*Counsel for Defendant WMATA*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 24, 2026, a copy of the foregoing was served *via*

email and first-class mail, postage pre-paid, upon:

Samantha N. Pearl, Esq.
Patrick S. Cassidy, Esq.
The First State Capitol
1413 Eoff Street
Wheeling, WV 26003-3582
(304) 232.8100 (phone)
(304) 232.8200 (fax)
snp@walslaw.com
pcassidy@walslaw.com
*Counsel for Plaintiff*

John Doe WMATA Bus Operator
c/o WMATA
300 7th Street SW
Washington, DC 20024
*Defendant*

The District of Columbia
441 4th Street, NW
Suite 1100 South
Washington, DC 20001
*Defendant*

*/s/ Curt Martin*
Curt Martin, Esq. (#1633027)